UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>(1) CARMELO RODRIGUEZ,<br>   A/K/A "KING CARMELO,"<br>   A/K/A "KING BND,"<br>(2) RICARDO ROSARIO,<br>   A/K/A "KING BND,"<br>(3) GIECLIFF RODRIGUEZ,<br>   A/K/A "KING BEAR,"<br>(4) JONATHAN DELEON,<br>   A/K/A "KING DANGER,"<br>   A/K/A "KING JONATHAN" | Cr. No. 04-10048 NG |

## GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the indictment in the above captioned matter. In support of this motion, the government states that the indictment was sealed, at the government's request, on February 19, 2004, so that no public disclosure of the filing of the indictment would impede attempts to arrest the defendants. Since the defendants have now been arrested, the government asks that the indictment be unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: JOHN A. WORTMANN, JR.
    PETER K. LEVITT
    Assistant U.S. Attorneys

February 24, 2004