AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Ricardo Estrada Rosario
King BND

**WARRANT FOR ARREST**

CASE NUMBER: 04CR 10048 NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ricardo Estrada Rosario, AKA King BND___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base, distribution of cocaine base and aiding and abetting

in violation of
Title ___21 & 18___ United States Code, Section(s) ___846, 841 & 2___

Name of Issuing Officer: MARY L. CUMMINGS
Signature of Issuing Officer: Mary L. Cummings

Title of Issuing Officer: COURTROOM SUPERVISOR
Date and Location: BOSTON, MA 2/19/04

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER 2/25/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Ricardo Estrada Rosario

ALIAS: King BND

LAST KNOWN RESIDENCE: 436 Hampshire Street, Lawrence, Massachusetts

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5890

HEIGHT:                                                WEIGHT:

SEX: Male                                              RACE: Hispanic

HAIR:                                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigations