UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )  Criminal No.  04-10048-NG<br>)<br>)<br>**RICARDO ROSARIO** ) | |

**MOTION TO CONTINUE RULE 11 HEARING**

The united States of America, by its undersigned counsel, hereby moves that the Rule 11 hearing scheduled for tomorrow, June 29, 2004, be continued for a period of 30 days.  As grounds therefore, the government states that the undersigned AUSA returned from vacation this morning and learned of the decision in <u>Blakely v. Washington</u>, 2004 USLW 4573 (June 24, 2004).  Because <u>Blakely</u> raises issues regarding the appropriate procedures that will have to followed in pending and future criminal cases to ensure that a defendant's Sixth Amendment rights are respected, the government believes that the requested extension is in the interest of justice and should be allowed.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        UNITED STATES ATTORNEY


          By:   /s John A. Wortmann, Jr.
               JOHN A. WORTMANN, JR.
               Assistant U.S. Attorney
               One Courthouse Way
               Boston, MA
               (617) 748-3207