UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10048-NG

UNITED STATES OF AMERICA

v.

CARMELO RODRIGUEZ, ET AL.

ORDER AND
INITIAL STATUS REPORT

August 2, 2004

COHEN, M.J.

This court enters the following Final Status Report:

1. All discovery is complete;

2. Defendant Carmelo Rodriguez has already entered a plea of guilty;

3. Defendant Giecliff Rodriguez intends to offer a plea of guilty;

4. There will be a trial with respect to defendants Deleon and Rosario. Counsel estimates that trial will last from seven to ten trial days;

5. As of the date of this Final Status Report, this court finds and concludes that only thirteen (14) days has elapsed on the Speedy Trial clock;

6. The file is hereby ordered returned to the district judge to whom this case is assigned for such further proceedings deemed appropriate.

_____
UNITED STATES MAGISTRATE JUDGE