**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 04-10048-NG** |
| | ) | |
| | ) | |
| **RICARDO ROSARIO** | ) | |
| **JONATHAN DELEON** | ) | |

## MOTION FOR PRETRIAL CONFERENCE

The United States, by its undersigned attorney, hereby moves for a Pretrial Conference in this matter. As grounds therefore, th government states that the matter has this day been reported to the district court by United States Magistrate Judge Lawrence Cohen. For this reason, a pretrial conference is appropriate to discuss, among other things, the scheduling of a hearing on outstanding motions (discovery motions by Jonathan Deleon that were denied or dismissed by the Magistrate Judge), the scheduling of a trial, and, in conjunction with these issues determining the status of the case under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:   /s John A. Wortmann, Jr.
      JOHN A. WORTMANN, JR.
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA

(617) 748-3207