UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 AUG 25  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 04-10048-NG

RICARDO ROSARIO
(Carmelo Rodriguez)

Defendant

## MOTION TO FILE LETTER FROM PAUL SPIERS, PhD. TO COUNSEL UNDER SEAL

The defendant, Ricardo Rosario, through counsel, respectfully requests to be allowed to file under seal the attached letter dated August 15, 2004 from Paul Spiers, PhD., Neuropsychology Associates. This suggested testing has not been completed nor have any appropriate findings of the defendant's competency been determined. When the psychological testing has been completed and the reports are available, defense counsel will make these available to the government if the defense intends to rely on any of the conclusions of this expert.

Dated: August 24, 2004

RICARDO ROSARIO

By his attorney:

Lois M. Lewis
74 Fuller Terrace
West Newton, MA 02465
Tel: (617) 969-4854
BBO # 298580