UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 04-10048-NG

RICARDO ROSARIO
(Carmelo Rodriguez)

Defendant

### DEFENDANT'S MOTION TO EXTEND TIME FOR FILING MEMORANDUM

The defendant, Ricardo Rosario, through counsel respectfully requests that this Court extend the time for filing the memorandum in response to the Court's Electronic Procedural Order from September 10, 2004 to and including Wednesday, September 15, 2004 because counsel has been out of the office since August 25, 2004 and has been unable to complete an appropriate response.

Dated: September 7, 2004

RICARDO ROSARIO

By his attorney:

Lois M. Lewis
74 Fuller Terrace
West Newton, MA 02465
Tel: (617) 969-4854
BBO # 298580

Certificate of Service
I certificate that a copy of the foregoing motion has been served on the government by first class mail, postage prepaid, to Attorney John Wortman, Office of the United States Attorney, John Joseph Moakley Federal Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210 on September 7, 2004.

Lois Lewis