UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 04 CR 10048 NG<br>) Criminal No.<br>) |
| v. | ) VIOLATIONS:<br>) 21 U.S.C. § 846--<br>) Conspiracy to<br>) Distribute Cocaine |
| (1) RICARDO ROSARIO<br>    A/K/A "KING BND,"<br>(3) JONATHAN DELEON,<br>    A/K/A "KING DANGER,"<br>    A/K/A "KING JONATHAN" | ) 21 U.S.C. § 841(a)(1)--<br>) Distribution of Cocaine<br>)<br>) 18 U.S.C. § 2--<br>) Aiding and Abetting<br>)<br>) 21 U.S.C. §853--<br>) Criminal Forfeiture<br>) Allegation |

## SECOND SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about October, 2003, and continuing thereafter until in or about February, 2004 in Lawrence, Lowell, and elsewhere in the District of Massachusetts,

   (1) RICARDO ROSARIO, A/K/A "KING BND," AND
(3) JONATHAN DELEON, A/K/A "KING DANGER," A/K/A "KING JONATHAN,"

the defendants herein, did knowingly and intentionally conspire and agree with each other, with Carmelo Rodriguez, Giecliff Rodreiguez and with other persons unknown to the Grand Jury to possess with intent to distribute, and to distribute, a quantity

of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved at least 500 grams of a mixture or a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;
                    18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about October 3, 2003, at Lawrence in the District of Massachusetts,

**(1) RICARDO ROSARIO, A/K/A "KING BND,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:   (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine;**
            18 U.S.C. §2 -- **Aiding and Abetting**)

The Grand Jury further charges that:

On or about October 24, 2003, at Lawrence in the District of Massachusetts,

**(1) RICARDO ROSARIO, A/K/A "KING BND,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:      (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine;**
                       18 U.S.C. §2 -- **Aiding and Abetting**)

The Grand Jury further charges that:

On or about December 9, 2003, at Lowell and Lawrence in the District of Massachusetts,

(3) JONATHAN DELEON, A/K/A "KING DANGER," A/K/A "KING JONATHAN," the defendant herein, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-5-

<u>COUNT FIVE</u>:      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;
           18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about January 2, 2004, at Lawrence in the District of Massachusetts,

**(1) RICARDO ROSARIO, A/K/A "KING BND,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 5 of this Indictment,

(1) RICARDO ROSARIO, A/K/A "KING BND," AND
(3) JONATHAN DELEON, A/K/A "KING DANGER," A/K/A "KING JONATHAN,"

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. The defendant, JONATHAN DELEON, was a manager or supervisor of a criminal activity that involved five or more participants or was otherwise extensive. Accordingly, USSG §3B1.1(b) applies to this defendant.

2. At the time he committed the offenses charged in this Superseding Indictment, defendant JONATHAN DELEON was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to this defendant.

3. The defendant, JONATHAN DELEON, is accountable for at least 500 grams, but not more than 2000 grams, of cocaine. Accordingly, USSG §2D1.1(c)(7) apply to this defendant.

4. 3. The defendant, RICARDO ROSARIO, is accountable for at least 500 grams, but not more than 2000 grams, of cocaine. Accordingly, USSG §2D1.1(c)(7) apply to this defendant.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS




DISTRICT OF MASSACHUSETTS                October 14, 2004


    Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**04 CR 10048 NG**

<u>Criminal Case Cover Sheet</u>                                       <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:** Lawrence      **Category No.** II        **Investigating Agency** FBI

**City** Lawrence                   **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf.   X            Case No.   04 CR 10048 NG
                                    Same Defendant   X               New Defendant
                                    Magistrate Judge Case Number
                                    Search Warrant Case Number
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO ESTRADA ROSARIO          Juvenile:   ☐ Yes   X No

Alias Name       KING BND

Address          436 HAMPSHIRE STREET, LAWRENCE, MA

Birthdate: 1978   SS # 000 00 5890   Sex: MALE   Race: Hispanic   Nationalit US

**Defense Counsel if known:**                      Address

Bar Number

**U.S. Attorney Information:**

AUSA   JOHN WORTMANN, JR.; PETER K. LEVITT   Bar Number if applicable

**Interpreter:**   ☐ Yes   X No         List language and/or dialect:

**Matter to be SEALED:**        Yes   X No

    Warrant Requested .         ☐ Regular Process         X In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of   February 21, 2004   in   Plymouth HOC
    Already in State Custody at ─────────────── ☐ Serving Sentence   Awaiting Trial
☐ On Pretrial Release:   Ordered by: ─────────────── on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ──── ☐ Misdemeanor ──── X Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/14/04         Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): 04␣␣␣␣␣NG

**Name of Defendant** RICARDO ESTRADA ROSARIO   AKA KING BND

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 2, 3, 5 |
| Set 3 | 18 USC 2 | AIDING AND ABETTING | 2, 3, 5 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js-45-ricardo R-estrada.wpd - 2/7/02

◎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**   04 CR 10048 NG   **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** Lawrence | **Category No.** II | **Investigating Agency** FBI | |
| **City** Lawrence | **Related Case Information:** | | |
| **County** Essex | Superseding Ind./ Inf. X | **Case No.** 04 CR 10048 NG | |
| | Same Defendant X | New Defendant | |
| | Magistrate Judge Case Number | | |
| | Search Warrant Case Number | | |
| | R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name: JONATHAN DELEON     Juvenile: ☐ Yes   X No

Alias Name: KING DANGER  AKA KING JONATHAN

Address: 139 CUSHING STREET, LOWELL, MA

Birthdate: 1982   SS # 000 00 4616   Sex: MALE   Race: Hispanic   Nationalit: US

**Defense Counsel if known:**           Address

Bar Number

**U.S. Attorney Information:**

AUSA: JOHN WORTMANN, JR.; PETER K. LEVITT    Bar Number if applicable

Interpreter:   ☐ Yes   X No    List language and/or dialect:

**Matter to be SEALED:**   Yes   x No

Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of   February 21, 2004   in   Plymouth HOC

☐ Already in State Custody at   ☐ Serving Sentence   X Awaiting Trial

☐ On Pretrial Release: Ordered by:              on

**Charging Document:**   Complaint     ☐ Information     X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/14/04       Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 04cr10048NG

**Name of Defendant**   JONATHAN DELEON AKA KING DANGER AKA KING JONATHAN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 4 |
| Set 3 | 18 USC 2 | AIDING AND ABETTING | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js-45-jonDelon.wpd - 2/7/02