

**U.S. Department of Justice**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

December 28, 2004

Lois Lewis
74 Fuller Terrace
West Newton, MA 02465

      Re:  <u>United States v. DeLeon and Rosario</u>
            Criminal No. 04-10048-NG

Dear Lois:

    I am in receipt of your letter of 11-9 regarding discovery in this matter.  I appreciate your patience given my trial and want to respond to you before I begin another matter in front of Judge Gertner.

    At this time, no determination has been made as to whether the government will call Giecliff Rodriguez as a witness in the trial or sentencing of either Messr's DeLeon or Rosario.  As a result, the government has no obligation to produce any promises rewards or inducement or other information other than <u>Brady</u> information.

    The government has previously produced to you all reports concerning your clients based on information provided by Giecliff Rodriguez.  Those reports (which were redacted to protect the source of the information) contain no <u>Brady</u> information.  The government is not aware of any information provided by Giecliff Rodriguez that is <u>Brady</u> information.  The government also states for the record that it intends to prosecute the conspiracy count in this case without regard for any connection between your clients and Giecliff Rodriguez.

    The record in this case shows that Messr's DeLeon and Rosario were enthusiastic traffickers who sold cocaine to a second CW on video without any involvement from Giecliff Rodriguez whatsoever.  If you have any information that these individuals intend to assert an entrapment defense based on interactions they claim to have had with Rodriguez, please advise me of that fact, the basis for the claim, and I will consider my position regarding discovery.

    Based on the foregoing, the government declines your

discovery request 1-7 at this time.  It further declines this request on the grounds that dissemination of this information would endanger indiviudals, particularly given the demonstrated penchant for violence of both of your clients and their ties to the Almighty Latin King Nation.  Should any further discovery be made in this case regarding this aspect of it, the government will therefore see a protective order limiting disclosure.

    The information sought by request 8 has already been made available to you.

    Should a decision be made by the government to call Giecliff Rodriguez as a witness in this case, the government will provide you with all information required by Federal Rule of Criminal Procedure 16 and the Local Rules in a timely fashion.

    Please call if you have any questions.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney
                       By: /s John A. Wortmann, Jr.
_____          JOHN A. WORTMANN, JR.
                                Assistant U.S. Attorney

cc: Jim Krasnoo, Esq.
    Maryellen Molloy
    (With name of the CI redacted)