UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA         )
                                 )
          V.                     )   Cr. No. 04-10048 NG
                                 )
(2) RICARDO ROSARIO,             )
      A/K/A "KING BND,"          )
                                 )
(4) JONATHAN DELEON,             )
      A/K/A "KING DANGER,"       )
      A/K/A "KING JONATHAN"      )
                                 )
```

ASSENTED TO MOTION OF THE UNITED STATES
TO CONTINUE SENTENCING FOR SIXTY DAYS

The United States hereby moves to continue the sentencing of this matter, currently scheduled for January 30, 2006, for a period of approximately sixty (60) days.  The defendants, through counsel, have assented to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN,

United States Attorney,


s/ PETER K. LEVITT
By:  PETER K. LEVITT
     Assistant U.S. Attorney

January 19, 2006