UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        V.        CRIMINAL NO. 04-10048-NG

RICARDO ROSARIO
    (Carmelo Rodriguez)

    Defendant

## MOTION TO FILE UNDER SEAL

Through counsel, the defendant, Ricardo Rosario, respectfully requests that this Court allow the defendant to file **under seal** the sentencing memorandum and motion for downward departure with attached exhibit.

RICARDO ROSARIO

By his attorney

/s/ Lois Lewis
Lois Lewis
74 Fuller Terrace
West Newton, MA 02465
Tel: (617) 969-4854
BBO 298580

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 17, 2006.

/s/ Lois Lewis
Lois Lewis