UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.            CRIMINAL NO. 04-10048-NG

RICARDO ROSARIO

    Defendant

## **DEFENDANT'S MOTION TO FILE UNDER SEAL**

The defendant, Ricardo Rosario, through counsel, requests that the response to the government's sentencing memorandum and motion to seal be filed under seal.

Dated: May 8, 2006

           RICARDO ROSARIO

           By:

           /s/ Lois Lewis
           Lois Lewis
           74 Fuller Terrace
           West Newton, MA 02465
           Tel: (617) 969-4854
           BBO# 298580

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 8, 2006.

/s/ Lois Lewis
Lois Lewis